UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------

| | : | |
|---|---|---|
| JEREMIAH ERNESTO GARZA, | : | |
| | : | CASE NO. 1:20-cv-2055 |
| Plaintiff, | : | |
| | : | |
| vs. | : | OPINION AND ORDER |
| | : | [Resolving Doc. 2] |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 14, 2020, Plaintiff Jeremiah Ernesto Garza filed a complaint challenging Defendant Commissioner of Social Security's decision to deny Garza benefits under the Social Security Act.[1] Garza filed an *in forma pauperis* application.[2] The Court referred the matter to Magistrate Judge Thomas M. Parker.

On September 14, 2020, Magistrate Judge Parker issued a Report and Recommendation ("R&R") finding that Garza could pay the necessary case filing fees, making *in forma pauperis* relief inappropriate.[3] Objections to the R&R were due by September 29, 2020.[4] Plaintiff Garza filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[5] Failure to timely

---

[1] Doc. 1.
[2] Doc. 2.
[3] Doc. 5.
[4] *Id.*
[5] 28 U.S.C. § 636(b)(1).

Case No. 1:20-cv-2055
Gwin, J.

object waives a party's right to appeal the magistrate's report.[6] Where a party does not object to the R&R, a district court may adopt it without review.[7]

Further, this Court has examined Plaintiff Garza's *in forma pauperis* application and believes it should be denied. The application indicates that Garza and his spouse jointly make about $3,700 a month against only $2,600 in monthly expenses. Garza also has $7,000 in a checking account and a $24,000 retirement account, in addition to owning a home and car. The Court therefore agrees with the R&R's conclusion that Garza has not demonstrated that he is "unable to pay [his court] fees or give security therefor."[8]

Accordingly, in light of Plaintiff Garza's decision not to object to the R&R in this case and his application's lack of merit, the Court **ADOPTS** Magistrate Judge Parker's R&R, incorporates it as if fully restated herein, and **DENIES** Plaintiff Garza's *in forma pauperis* application.

IT IS SO ORDERED.

Dated: April 12, 2021          *s/    James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE

---

[6] *Thomas v. Arn*, 474 U.S. 140, 154 (1985); *Gerth v. Warden, Allen Oakwood Corr. Inst.*, 938 F.3d 821, 827 (6th Cir. 2019).
[7] *See Thomas*, 474 U.S. at 149–50.
[8] 28 U.S.C. § 1915(a)(1).